United States District Court
Southern District of Texas
**ENTERED**
March 23, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| VS. | § CIVIL ACTION NO. 1:08-CV-159 |
| | § |
| 0.36 ACRES, MORE OR LESS, *et al.*, | § |
| | § |
| Defendants. | § |

### ORDER

It is **ORDERED** that by no later than May 13, 2021, the United States shall file a Status Report with the Court. The Status Report shall include the following categories of information, as well as any additional information the United States believes is relevant to this matter: (1) The identified claimants and possible claimants to any just compensation; (2) the current status of discussions with those claimants and possible claimants; (3) the pending issues among the parties regarding just compensation or the identification of claimants and possible claimants; and (4) recommendations as to possible avenues for resolution of this matter.

It is also **ORDERED** that a Status Conference in this matter is scheduled for May 20, 2021, at 1:30 p.m.

It is also **ORDERED** that the United States serve a copy of this Order on all claimants that have been identified. Service shall be by Unites States mail, return receipt requested, with the filing of the returns received, either delivered or returned as undelivered.

Signed on March 23, 2021.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge